CHARLES FISHER, Respondent, *v.* NEW YORK DOCK COMPANY, Appellant.

*Fisher* v. *New York Dock Co.*, 91 App. Div. 526, affirmed.
(Argued April 27, 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1904, sustaining plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial.

*George Gordon Battle, H. Snowden Marshall* and *Frederick E. Fishel* for appellant.

*J. Stewart Ross* and *John S. Griffith* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT and VANN, JJ. Not voting: GRAY, HAIGHT and WERNER, JJ.